In the Matter of the Application of the CITY ICE AND FUEL COMPANY and PAUL KURUTZ, Petitioners (and Respondents on Appeal from Order), under Article 78 of the Civil Practice Act to Review a Determination Dated July 12, 1939, Made by THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, and MILO R. MALTBIE, Chairman, and Others, Commissioners, Constituting Such Commission, Respondents, in Favor of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Co-Respondent (and Appellant on Appeal from Order).— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Appeal of WILLIAM F. DURLAND, Commissioner of Public Welfare of Orange County, from the Decision of DAVID C. ADIE, 'State Commissioner of Public Welfare, in the Matter of the Settlement of JAMES HORRIGAN. TOWN OF HIGHLANDS, Petitioner, Appellant, and TOWN OF HIGHLAND FALLS, Petitioner, v. DAVID C. ADIE, as State Commissioner of Public Welfare, MILTON E. SWITZER, Commissioner of Public Welfare of the County of Niagara, CITY OF NIAGARA FALLS and COUNTY OF NIAGARA, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 260 App. Div. 425.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Estate of JEROME E. HOWE, Deceased. LEON BROWN, as Administrator, etc., of CHARLES HOWE, Deceased, Appellant; ERSKINE C. ROGERS, as Executor, etc., of JEROME E. HOWE, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of SANTINI BROS., INC., Petitioner, for an Order against MILO R. MALTBIE and Others, Together Constituting and Composing the Public Service Commission of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ALEXANDER R. RASMUSSER, Respondent, against DIPLOMAT BAR & GRILL, INC., and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of HELEN STRAND, Appellant, against HARRIS STRUCTURAL STEEL Co., INC., and SPECIAL FUND CONSERVATION COMMITTEE, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted to the extent of allowing disbursements and the decision of this court, dated November 13, 1940 [260 App. Div. 516], amended in accordance with the foregoing. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of HENRY CORCORAN, Deceased, Respondent, against AMERICAN WOODWORKING MACHINERY Co. (YATES-AMERICAN MACHINE COMPANY), Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of MILDRED M. LEAHY, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.—